ORIGINAL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY D. COX,

      Petitioner,

v.                                  CASE NO. 1:06-cv-12482
                                    HONORABLE DAVID M. LAWSON
CINDI CURTIN,                  MAGISTRATE JUDGE BINDER

      Respondent.
_____/

## ORDER OF TRANSFER

Petitioner Jeffrey D. Cox has filed a *pro se* habeas corpus petition under 28 U.S.C. § 2254. Petitioner is incarcerated at Oaks Correctional Facility in Manistee, Michigan. He challenges a conviction obtained in Calhoun County, Michigan.

A habeas petition submitted by a person in state custody may be filed in the district where the person is in custody or in the district where the person was convicted and sentenced. 28 U.S.C. § 2241(d). The district in which the petitioner files his habeas petition may transfer the petition to another district court for hearing and determination. *Id*.

Petitioner is incarcerated in Manistee County, and he was convicted in Calhoun County. Both counties lie in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. § 102(b)(1). Accordingly, the Clerk of Court **IS ORDERED** to transfer this case to the Western District of Michigan pursuant to 28 U.S.C. § 1406(a).

                                                            R. STEVEN WHALEN
                                                            UNITED STATES MAGISTRATE JUDGE

Dated: 6/7/06