UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEFFREY D. COX,

     Petitioner,

v.

CINDI CURTIN,

     Respondent.

CASE NO. 1:06-cv-12482
HONORABLE DAVID M. LAWSON
MAGISTRATE JUDGE BINDER

_____/

## ORDER OF TRANSFER

Petitioner Jeffrey D. Cox has filed a *pro se* habeas corpus petition under 28 U.S.C. §

2254. Petitioner is incarcerated at Oaks Correctional Facility in Manistee, Michigan. He

challenges a conviction obtained in Calhoun County, Michigan.

A habeas petition submitted by a person in state custody may be filed in the district where

the person is in custody or in the district where the person was convicted and sentenced. 28

U.S.C. § 2241(d). The district in which the petitioner files his habeas petition may transfer the

petition to another district court for hearing and determination. *Id.*

Petitioner is incarcerated in Manistee County, and he was convicted in Calhoun County.

Both counties lie in the Southern Division of the Western District of Michigan. *See* 28 U.S.C. §

102(b)(1). Accordingly, the Clerk of Court **IS ORDERED** to transfer this case to the Western

District of Michigan pursuant to 28 U.S.C. § 1406(a).

R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: 6/7/06